UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RONALD COWIE,

    Plaintiff,

 -vs-                                 Case No. 17-12448
                                        Hon. David M. Lawson

CAPIO PARTNERS, LLC, *et al.*

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff has resolved his claims against CAPIO PARTNERS, LLC, COMMONWEALTH FINANCIAL SYSTEMS, INC., and PARAMOUNT RECOVERY SYSTEMS only. These parties anticipate dismissal paperwork to be submitted within 14 days.

                                      Respectfully Submitted,

                              By:    s/ Adam G. Taub_____
                                        Adam G. Taub (P48703)
                                        ADAM G. TAUB & ASSOCIATES
                                        CONSUMER LAW GROUP, PLC
                                        Attorney for Ronald Cowie
                                        17200 West Ten Mile Rd, Ste 200
                                        Southfield, MI 48075
                                        (248) 746-3790
                                        adamgtaub@clgplc.net

September 12, 2017

## **Certificate of Service**

    My name is Adam G. Taub and I am an officer of this Court.  On September 12, 2017, I served all parties entitled to notice with the foregoing document by ECF Filing to each record address.

        Respectfully Submitted,

        ADAM G. TAUB & ASSOCIATES
        CONSUMER LAW GROUP, PLC

    By:   /s/ Adam G. Taub
        Adam G. Taub (P48703)
        Attorney for Ronald Cowie
        17200 West 10 Mile Rd. Suite 200
        Southfield, MI 48075
        Phone:  (248) 746-3790
        Email:   adamgtaub@clgplc.net

Dated: September 12, 2017