UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD COWIE,

       Plaintiff,

           Case Number 17-12448
           Honorable David M. Lawson

v.

MID-MICHIGAN CREDIT BUREAU, INC.,

       Defendant.
_____/

## ORDER OF DISMISSAL

On January 29, 2018, the parties informed the Court by email that they had reached a settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may file a motion to reopen the case to enforce the settlement agreement **on or before February 26, 2018**.

           s/David M. Lawson
           DAVID M. LAWSON
           United States District Judge

Dated: January 29, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 29, 2018

           s/Susan Pinkowski
           SUSAN PINKOWSKI